**S. BRETT SUTTON 143107**
brett@suttonhatmaker.com
**SUSAN K. HATMAKER 172543**
susan@suttonhatmaker.com
**JARED HAGUE 251517**
jared@suttonhatmaker.com
**SUTTON HATMAKER LAW CORPORATION**
6715 N. Palm Avenue, Suite 214
Fresno, California 93704
Telephone: (559) 449-1888

Attorneys for Plaintiff:
KATHY TORCHIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| KATHY TORCHIA, an individual, residing in California, | Case No. 1:13-CV-01427-LJO-JLT |
| Plaintiff, | **AMENDED JOINT STIPULATION REGARDING PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT AND DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND ORDER** |
| vs. | |
| W.W. GRAINGER, INC., an Illinois Corporation; and Does 1 through 50, inclusive, | |
| Defendants. | **(Doc. 11)** |

Sutton Hatmaker
Law Corporation
6715 N. Palm Avenue
Suite 214
Fresno, CA 93704

1

AMENDED JOINT STIPULATION RE PLAINTIFF'S FIRST AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND ORDER

Plaintiff KATHY TORCHIA (hereinafter "PLAINTIFF"), by and through her counsel of record, and Defendant W.W. GRAINGER, INC. (hereinafter "DEFENDANT"), by and through its counsel of record, hereby stipulate and agree as follows:

## RECITALS AND JOINT STIPULATION

WHEREAS, PLAINTIFF desires to file a First Amended Complaint and has provided DEFENDANT with a copy of the proposed First Amended Complaint;

WHEREAS, counsels for PLAINTIFF and DEFENDANT have conferred in good faith;

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. PLAINTIFF's First Amended Complaint will be deemed filed and served once the court issues the order approving filing of the First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A".

2. DEFENDANT will file and serve its response to the First Amended Complaint thirty (30) days after the court enters an order granting this joint stipulation.

DATED: November 12, 2013                    SUTTON HATMAKER LAW CORPORATION

A California Professional Corporation


By: _____
S. BRETT SUTTON
Attorneys for Plaintiff
KATHY TORCHIA

DATED: November 12, 2013                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By   /s/ Christopher M. Ahearn
CHRISTOPHER M. AHEARN
Attorney for Defendant
W.W. GRAINGER

Sutton Hatmaker
Law Corporation
6715 N. Palm Avenue
Suite 214
Fresno, CA 93704

2

AMENDED JOINT STIPULATION RE PLAINTIFF'S FIRST AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND ORDER

## ORDER

Based on the above stipulation of the parties, the Court **ORDERS**:

1. The stipulation allowing Plaintiff to file her first amended complaint is **GRANTED IN PART**;

2. Plaintiff **SHALL** file her first amended complaint within two court days of service of this order;

3. Defendant **SHALL** file and serve its responsive pleading to the first amended complaint within 30 days of filing of the first amended complaint.

IT IS SO ORDERED.

Dated:   **November 12, 2013**            /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

Sutton Hatmaker
Law Corporation
6715 N. Palm Avenue
Suite 214
Fresno, CA 93704

3

AMENDED JOINT STIPULATION RE PLAINTIFF'S FIRST AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND ORDER