1  **S. BRETT SUTTON 143107**
**brett@suttonhatmaker.com**
2  **SUSAN K. HATMAKER 172543**
**susan@suttonhatmaker.com**
3  **JARED HAGUE 251517**
**jared@suttonhatmaker.com**
4  **SUTTON HATMAKER LAW CORPORATION**
6715 N. Palm Avenue, Suite 214
5  Fresno, California  93704
Telephone:  (559) 449-1888
6
Attorneys for Plaintiff:
7  KATHY TORCHIA

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * *

11  KATHY TORCHIA, an individual, residing )    Case No. 1:13-CV-01427-LJO-JLT
in California,                           )
12                                       )    **AMENDED JOINT STIPULATION**
                                         )    **REGARDING PLAINTIFF'S FILING**
            Plaintiff,                   )    **OF FIRST AMENDED COMPLAINT**
13                                       )    **AND DEFENDANT'S ANSWER TO**
                                         )    **FIRST AMENDED COMPLAINT AND**
14      vs.                              )    **ORDER**
                                         )
15  W.W. GRAINGER, INC., an Illinois     )
Corporation; and Does 1 through 50,      )
16  inclusive,                           )    **(Doc. 11)**
                                         )
17                                       )
                                         )
18          Defendants.                  )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
                                         )
26                                       )
                                         )
27                                       )
                                         )
28

Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA 93704

1    Plaintiff KATHY TORCHIA (hereinafter "PLAINTIFF"), by and through her counsel of

2  record, and Defendant W.W. GRAINGER, INC. (hereinafter "DEFENDANT"), by and through

3  its counsel of record, hereby stipulate and agree as follows:

4                        **RECITALS AND JOINT STIPULATION**

5    WHEREAS, PLAINTIFF desires to file a First Amended Complaint and has provided

6  DEFENDANT with a copy of the proposed First Amended Complaint;

7    WHEREAS, counsels for PLAINTIFF and DEFENDANT have conferred in good faith;

8    NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

9    1. PLAINTIFF's First Amended Complaint will be deemed filed and served once the

10  court issues the order approving filing of the First Amended Complaint, a true and correct copy

11  of which is attached hereto as Exhibit "A".

12    2. DEFENDANT will file and serve its response to the First Amended Complaint thirty

13  (30) days after the court enters an order granting this joint stipulation.

14

15  DATED:  November 12, 2013          SUTTON        HATMAKER        LAW
    CORPORATION
16                                     A California Professional Corporation

17

18

19  By:_____
                                       S. BRETT SUTTON
20                                     Attorneys for Plaintiff
                                       KATHY TORCHIA
21

22  DATED: November 12, 2013           OGLETREE, DEAKINS, NASH, SMOAK &
                                       STEWART, P.C.
23

24

25  By ___/s/ Christopher M. Ahearn_____
                                       CHRISTOPHER M. AHEARN
26                                     Attorney for Defendant
                                       W.W. GRAINGER
27

28

Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA 93704

AMENDED JOINT STIPULATION RE PLAINTIFF'S FIRST AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND  ORDER

1

2                                    **ORDER**

3          Based on the above stipulation of the parties, the Court **ORDERS**:

4          1.     The stipulation allowing Plaintiff to file her first amended complaint is

5   **GRANTED IN PART**;

6          2.     Plaintiff **SHALL** file her first amended complaint within two court days of

7   service of this order;

8          3.     Defendant **SHALL** file and serve its responsive pleading to the first amended

9   complaint within 30 days of filing of the first amended complaint.

10

11  IT IS SO ORDERED.

12      Dated:    **November 12, 2013**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA 93704

3

_____
AMENDED JOINT STIPULATION RE PLAINTIFF'S FIRST AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND  ORDER