UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TORCHIA,<br><br>    Plaintiff,<br><br>  v.<br><br>W.W. GRAINGER, INC.,<br><br>    Defendant. | Case No.: 1:13-cv-01427 - LJO - JLT<br><br>ORDER GRANTING THE PARTIES REQUEST TO SHORTEN TIME AND ADVANCING THE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT TO AUGUST 13, 2014 |

The parties request that the Court hear the motion for preliminary approval of the settlement "on less than 30 days notice to Defendant," and that the motion be heard in advance of the current date of August 18, 2014. Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The hearing on Plaintiff's motion for preliminary approval of settlement is **ADVANCED** to **August 13, 2014 at 9:30 a.m**. at the United States District Court located at 510 19th Street, Bakersfield, California; and

2. CourtCall appearances are authorized.

IT IS SO ORDERED.

Dated:  **July 18, 2014**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1