UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TORCHIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>W.W. GRAINGER, INC.,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01427 - LJO - JLT<br><br>ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE PACKET |

Plaintiff filed an amended Class Notice Packet (Doc. 34), which contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may enter appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment.  Because the packet addresses the necessary points, the finalized Class Notice Packet is **APPROVED**.

IT IS SO ORDERED.

　　Dated:　**August 28, 2014**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1