**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| KATHY TORCHIA, | ) Case No.: 1:13-cv-01427 - LJO - JLT |
| Plaintiffs, | ) |
|  | ) ORDER DENYING STIPULATION TO |
| v. | ) MODIFY THE ORDER RE THE DEADLINE TO |
|  | ) FILE A PETITIONATTORNEYS FEES |
| W.W. GRAINGER, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Before the Court is the stipulation of counsel to modify the deadline by which class counsel may file a petition for fees and costs.  (Doc. 36)  The stipulation seeks to delay this filing until December 1, 2014, which is about two weeks after the deadline by which absent class members may file a claim.  (Doc. 33 at 18)  It is also about two weeks after objections to the final approval of the settlement—which includes a determination of the attorneys fees and costs—are due. Thus, granting the stipulation would deprive the class members of their opportunity to object to the fee/cost petition; this would be improper.  Therefore, the stipulation (Doc. 36) is **DENIED**.

IT IS SO ORDERED.

Dated:   __October 16, 2014__          _____/s/ Jennifer L. Thurston__

UNITED STATES MAGISTRATE JUDGE